BUCHALTER
A Professional Corporation
ARTIN BETPERA (SBN: 244477)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email: abetpera@buchalter.com

Attorneys for Defendant
Gen Digital Inc. d/b/a Norton.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MIGUEL ESPARZA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GEN DIGITAL INC., a Delaware corporation d/b/a Norton.com,<br><br>Defendant. | Case No. _____<br><br>**DEFENDANT GEN DIGITAL INC.'S NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Gen Digital Inc., d/b/a Norton.com ("Norton"), by its undersigned counsel, hereby removes to this Court the action described below:

1.  On May 2, 2023, Plaintiff Miguel Esparza filed his original complaint against Norton, in the Los Angeles County Superior Court, alleging individual claims for alleged violations of California Penal Code §§ 631, and 632.7. See Complaint, Exhibit 1. In his original complaint, Plaintiff expressly alleged that the amount in controversy in his action was less than $75,000. Complaint, Exhibit 1, at ¶ 23. As such, removal jurisdiction did not exist at the time of filing of the original complaint.

2. On August 30, 2023, Plaintiff Miguel Esparza filed a first amended complaint ("FAC") against Norton, alleging claims on behalf of himself, and a putative class of individuals for, *inter alia*, violations of California Penal Code §§ 631, and 632.7. FAC, Exhibit 2, at ¶¶ 12-32. As discussed below, the filing of Plaintiff's FAC is the first instance in which this action became removable.

3. Removal of this case under the Class Action Fairness Act, 28 U.S.C. § 1332(d), is appropriate because this case: (1) is a putative class action; (2) meets the $5,000,000 amount in controversy requirement based upon the allegations of the complaint; and (3) is diverse on the basis that Norton is from a different State than Plaintiff and the putative class members. 28 U.S.C. § 1332(d)(2).

### Timeliness of Removal

4. As set forth above, Plaintiff's original complaint did not contain a basis for removal under CAFA, 28 U.S.C. § 1332.

5. On August 30, 2023, Plaintiff filed his operative FAC.

6. Pursuant to 28 U.S.C. § 1441(b)(3), "if the case stated by the initial pleading is not removable, a notice of removal may be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable."

7. Norton has timely removed this action within 30 days of the filing by Plaintiff of his FAC, which is the amended pleading from which it was fist ascertained by Norton that the case has become removable.

### This Court Has Subject Matter Jurisdiction Under the Class Action Fairness Act

8. 28 U.S.C. § 1332(d)(2) provides that "district courts shall have jurisdiction of any civil action in which the matter in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs, and is a class action in which . . . (A) any member of a class of plaintiffs is a citizen of a State different from any defendant."

9. Plaintiff's FAC asserts putative class claims under California Code of Civil Procedure § 382, which is a California State "rule of judicial procedure," that is "similar," to Fed. R. Civ. P. 23. 28 U.S.C. § 1332(d)(1)(B). FAC, ¶¶ 27-32.

10. This action also meets the $5,000,000 amount in controversy requirement. Plaintiff alleges that Norton committed violations of California Penal Code § 631, and 632.7 against Plaintiff individually, as well as the members of the putative class. FAC, ¶¶ 27-30. Plaintiff seeks statutory damages for each such alleged violation. FAC, ¶ 42, 50; Prayer, p. 14. Pursuant to California Penal Code § 637.2, any individual who has been injured by a violation of either Penal Code § 631, or 632.7 may seek statutory damages of $5,000 per violation. Cal. Penal Code § 637.2(a)(1).

11. Plaintiff alleges in the complaint that the putative class members number in the "thousands". FAC, ¶ 28. Therefore, at a bare minimum, Plaintiff alleges that Norton committed at least one violation of either Penal Code § 631, or § 632.7, against at least 1,000 class members, entitling each class member to a $5,000 statutory penalty, meaning that this action meets the $5,000,000 amount in controversy requirement ($5,000 in statutory penalties x 1,000 class members = $5,000,000 in statutory damages).

12. This action also meets the diversity requirements under 28 U.S.C. § 1332(d)(2). Norton is a Delaware corporation with its principal place of business in the State of Arizona (see Arizona Corporation Commission Entity Information, attached hereto as Exhibit 6). Plaintiff himself is a resident of California, as are the putative class members. FAC, ¶¶ 4, 8. Thus, Plaintiff and the putative class members are citizens of a State different from Norton.

## Venue

13. Venue lies in this court pursuant to 28 U.S.C. § 1441(a), as Plaintiff originally brought this action in the Los Angeles Superior Court.

<u>Intradistrict Assignment</u>

14. This action is properly assigned to the Western division of this Court, as Plaintiff originally brought this action in the Los Angeles Superior Court.

<u>Copies of All Process and Pleadings</u>

15. Pursuant to 28 U.S.C. § 1446(a), a notice of removal shall contain copies "of all process, pleadings, and orders served upon such defendant or defendants in such action."

16. Exhibits 1-5 are copies of all the process, pleadings, and orders served upon Norton in this action to date, as follows:

    a. Exhibit 1: Complaint

    b. Exhibit 2: First Amended Complaint

    c. Exhibit 3: July 24, 2023 Minute Order

    d. Exhibit 4: August 14, 2023 Minute Order

    e. Exhibit 5: August 31, 2023 Minute Order

<u>Service of Notice of Removal</u>

17. Pursuant to 28 U.S.C. § 1446(d), Norton will serve written notice of this removal on Plaintiff and will concurrently file a copy of this Notice of Removal with the Clerk of the Court of the Los Angeles County Superior Court in the case of *Miguel Esparza v. Gen Digital Inc., d/b/a Norton.com*, Case No. 23STCV09829.

WHEREFORE, for all the foregoing reasons, this Court has, and Norton respectfully requests this Court to assume full jurisdiction over the entire action as provided by law.

DATED: September 29, 2023        BUCHALTER
A Professional Corporation

By: */s/ Artin Betpera*
ARTIN BETPERA
Attorneys for Defendant
Gen Digital Inc. d/b/a Norton.com