BUCHALTER
A Professional Corporation
ARTIN BETPERA (SBN: 244477)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email: abetpera@buchalter.com

Attorneys for Defendant
Gen Digital Inc. d/b/a Norton.com

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MIGUEL ESPARZA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>     vs.<br><br>GEN DIGITAL INC., a Delaware corporation d/b/a Norton.com,<br><br>     Defendant. | Case No. 2:23-cv-08223-MCS-AGR<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**[Fed. R. Civ. P. 12(b)(6)]**<br><br>**DATE: JANUARY 8, 2024**<br>**TIME: 9:00 A.M.**<br>**COURTROOM: 7C** |

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 8, 2024 at 9:00 a.m. in Courtroom 7C, or as soon thereafter as the matter may be heard in the above-entitled court located at 350 West 1st Street, Suite 4311, Los Angeles, California 90012-4565, Defendant Gen Digital Inc. will move the Court to dismiss Plaintiff's First Amended Complaint ("FAC") pursuant to Fed. R. Civ. P. 12(b)(6) because Plaintiff's FAC fails to state a claim upon which relief can be granted.

The motion will be based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the pleadings and papers

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

NOTICE OF MOTION AND MOTION TO DISMISS
FIRST AMENDED COMPLAINT
BN 79463239v1

1    filed in this action, and such further argument and matters as may be offered at the

2    time of the hearing of this Motion.

3        This Motion is made following the conference of counsel pursuant to L.R. 7-

4    3 which took place on October 19, 2023.

5    DATED:  November 9, 2023        BUCHALTER
                                     A Professional Corporation
6

7
                                     By:    /s/Artin Betpera
8                                          ARTIN BETPERA
                                           Attorneys for Defendant
9                                          Gen Digital Inc. d/b/a Norton.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

NOTICE OF MOTION AND MOTION TO DISMISS
FIRST AMENDED COMPLAINT
BN 79463239v1