PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ESPARZA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GEN DIGITAL INC., a Delaware corporation d/b/a NORTON.COM,<br><br>Defendant. | Case No. 2:23-cv-08223-KK-AGR<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Complaint filed: May 2, 2023<br>Removed: September 29, 2023 |

**TO THE COURT AND CLERK, Please take notice that** Plaintiff Miguel Esparza ("Plaintiff") and Defendant Gen Digital Inc. dba Norton.com ("Defendant") (collectively, the "Parties") hereby submit this joint case management report. The Parties do not request telephonic scheduling conference hearing.

a. <u>The date the case was filed:</u>

May 2, 2023; removed on September 29, 2023.

b. <u>A list identifying or describing each party:</u>

Plaintiff is Miguel Esparza. Defendant is Gen Digital, Inc., a Delaware corporation that owns and controls the website at issue, Norton.com (the "Website").

c. <u>A brief summary of all claims, counter-claims, cross-claims, or third-party claims:</u>

Plaintiff's First Amended Complaint asserts two causes of action arising under sections 631(a) and 632.7 of the California Invasion of Privacy Act, Cal. Penal Code § 630 *et seq*. ("CIPA"), based on Defendant's alleged use of a third-party to record and monitor consumers' interactions with the chat feature made available on Defendant's Website.

d. <u>A brief description of the events underlying the action:</u>

Plaintiff alleges that on or about September 22, 2022, he engaged with the chat feature on Defendant's Website. Plaintiff alleges that Defendant embedded a code on its website, through which it aided and abetted a Third Party Spyware company in wiretapping Plaintiff's chat conversation, in violation of California Penal Code § 631(a), and 632.7. Plaintiff also seeks to represent a class of similarly situated consumers whose chats were similarly recorded. Defendant denies the allegations of Plaintiff's First Amended Complaint.

e.  A description of the relief sought and the damages claimed with an explanation of how damages have been (or will be) computed:

Plaintiff seeks to recover the $5,000 minimum statutory damages pursuant to section 637.2 of CIPA on behalf of all California consumers whose chats were illegally recorded in the manner alleged in the complaint. Though discovery has not commenced, and Plaintiff does not yet have data confirming the proposed class size, Plaintiff estimates the class to be in the thousands of members based on Defendant's business. Plaintiff therefore estimates the proposed class-wide statutory damages to exceed $5,000,000 ($5,000 * 1000 class members). Plaintiff also seeks an injunctive relief order on behalf of the proposed class.

f.  The status of discovery, including any significant discovery management issues, as well the applicable cut-off dates:

The pleadings are not yet at issue with Defendant's Motion to Dismiss [Dkt. No. 11] set to be heard on January 8, 2024. The motion is not yet fully briefed, with Defendant's reply in support of its motion due on December 22, 2023. Thus, discovery has not yet commenced. The Court has not yet set a scheduling order.

g.  A procedural history of the case, including any previous motions that were decided or submitted, any ADR proceedings or settlement conference that have been scheduled or concluded, and any appellate proceedings that are pending or concluded:

Plaintiff filed the action in the Superior Court of California for the County of Los Angeles on May 2, 2023. Defendant removed the action on September 29, 2023. The pleadings are not yet at issue, as Defendant has filed a Motion to Dismiss [Dkt. No. 11] which has not yet been fully briefed. The Motion was originally scheduled to be heard on January 8, 2024, but was vacated by the Court's Reassignment Order [Dkt. No. 13].

No ADR proceedings or settlement conference have occurred, and similarly there are no appellate proceedings are pending or concluded.

h. <u>A description of any other deadlines in place:</u>

Other than Defendant's December 22, 2023 Motion to Dismiss reply brief deadline, there are no other deadlines in place.

i. <u>Whether the parties will consent to a magistrate judge for trial:</u>

The Parties do not consent to proceed before a magistrate.

j. <u>A statement from each parties' counsel indicating they have (1) discussed the magistrate judge consent program with their respective client(s), and (2) met and conferred to discuss the consent program and selection of a magistrate judge:</u>

The Parties' counsel have each (1) discussed the magistrate judge consent program with their respective client(s), and (2) met and conferred to discuss the consent program and selection of a magistrate judge.

k. <u>Whether there exists an immediate need for a case management conference to be scheduled in the action and, if so, why the parties believe such a need exists:</u>

The Parties do not believe there exists an immediate need for a case management conference to be scheduled in this action.

Dated: December 5, 2023        PACIFIC TRIAL ATTORNEYS, APC

By: */s/ Scott J. Ferrell*
Scott. J. Ferrell
Attorneys for Plaintiff

Dated: December 5, 2023          BUCHALTER, APC

By: /s/Artin Betpera
Artin Betpera
Attorneys for Defendant

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, E. Scott J. Ferrell, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Scott J. Ferrell
Scott J. Ferrell

121979533v.1

# CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2023, I electronically filed the foregoing **JOINT CASE MANAGEMENT STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

Dated: December 5, 2023

                                               */s/ Scott J. Ferrell*
                                                           Scott J. Ferrell